**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IRON OAK TECHNOLOGIES, LLC,<br><br>    *Plaintiff.*<br>v.<br><br>MICROSOFT CORPORATION,<br><br>    *Defendant*. | CASE NO.  3:18-cv-222-M<br><br><br><br>**JURY** |

**PLAINTIFF'S RESPONSE TO
MOTION FOR PARTIAL SUMMARY JUDGMENT (DN 39)**

For at least the reasons set forth below and in the accompanying brief, plaintiff Iron Oak Technologies requests that the Court enter an order denying in all respects Defendant's motion for partial summary judgment.

Defendant Microsoft Corporation's motion for partial summary judgment should be denied in all respects at least because Microsoft has failed carry its burden, and genuine issues of material fact exist concerning the sufficiency of the notice of infringement provide to each defendant.

August 3, 2018

Respectfully submitted,

By: /s/Al Deaver

Albert B Deaver , Jr
JONES WALKER LLP
811 Main St. Suite 2900
Houston , TX  77002
713-437-1818

        Fax: 713-437-1947
        Email:adeaver@joneswalker.com

        Robert James McAughan , Jr
        YETTER COLEMAN LLP
        811 Main Street Suite 4100
        Houston , TX  77002
        713-632-8000
        Fax: 713-632-8002
        Email:bmcaughan@yettercoleman.com

        *Attorneys for Defendant*
        *Iron Oak Technologies, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August 2018, the foregoing document was filed with the Court using the Court's CM/ECF system, which system effects service on all counsel of record on even date.

        /s/ *Al Deaver.*